IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2007 AUG -9  P 4: 37

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | CR. NO. 2:07CR168-CSC |
| ) | (18 U.S.C. 641) |
| **RODNEY L. SPEER** ) | |
| ) | |
| ) | **INFORMATION** |
| ) | |

The United States Attorney charges:

## COUNT

On or about the 17th day of May 2007, at the Army Air Force Exchange Service (AAFES), at Maxwell Air Force Base, in the Middle District of Alabama, **RODNEY L. SPEER** did steal merchandise of a value of less than one thousand dollars ($1,000.00), the property of the United States, in violation of Title 18, Section 641, United States Code.

LEURA CANARY
United States Attorney

KENT BRUNSON
Assistant United States Attorney

REESE H. HAYS III
Special Assistant United States Attorney
42 ABW/JA
50 LeMay Plaza South
Maxwell AFB, AL  36112-6334
Telephone:  334-953-2786/2789
Fax:  334-953-2787

| | |  |
|---|---|---|
| **STATE OF ALABAMA** | ) | |
| | ) | **AFFIDAVIT** |
| **COUNTY OF MONTGOMERY** | ) | |

The undersigned, being first duly sworn, deposes and says:

    I, CURTIS L. DENNIS, am employed by the Army Air Force Exchange Service (AAFES) at Maxwell Air Force Base as a store detective. On or about 17 May 2007, via closed circuit monitors, I observed RODNEY SPEER selecting and removing an iPOD earphone set from the packaging. He then threw the packaging behind the rack. The value of the earphone is $29.00. He was stopped outside of the main store and escorted to the Loss Preventive office. Security Forces was called and responded.

_____
CURTIS L. DENNIS

Subscribed and sworn to before me this ____ day of August, 2007.

_____
AUDREY F. GRIFFIN
Notary Public
State of Alabama